IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| ANDRE FERNITO PHILPOT,           )<br>                                  )<br>     Plaintiff,                  )<br>                                  )<br>v.                                )<br>                                  )<br>UNITED STATES DISTRICT COURT     )<br>FOR THE SOUTHERN DISTRICT OF     )<br>GEORGIA, AUGUSTA DIVISION,       )<br>and VASHION STALEY, Deputy       )<br>Police Officer, individually,    )<br>                                  )<br>     Defendants.                 )<br>_____  ) | CASE NO. CV117-043 |

### O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 6), to which no objections have been filed. After a careful review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 27th day of July 2017.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA